UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JOHN J. ADKINS,

    Plaintiff,

v.                                                                       Case No. 2:06-cv-26
                                                                      HON. GORDON J. QUIST

RUSS JONES,

    Defendant.

_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge (Docket #57) is approved and adopted as the opinion of the Court.

2. Plaintiff's motion for a temporary restraining order and preliminary injunction (Docket #52) is DENIED.

Dated: November 30, 2007                                    /s/ Gordon J. Quist
                                                                                    GORDON J. QUIST
                                                              UNITED STATES DISTRICT JUDGE